It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his guilty plea of unlawful manufacture of methamphetamine in the first degree (Penal Law § 220.75) and criminal possession of a controlled substance in the third degree (§ 220.16 [7]). We reject defendant's contention that he is entitled to specific performance of the original plea agreement inasmuch as he rejected that plea agreement (*see People v Anderson*, 270 AD2d 509, 510-511 [2000], *lv denied* 95 NY2d 792 [2000]; *People v Johnson*, 181 AD2d 832, 832 [1992], *lv denied* 80 NY2d 833 [1992]; *see generally People v McConnell*, 49 NY2d 340, 348-349 [1980]; *People v Smith*, 93 AD3d 1239, 1239 [2012]). Present—Centra, J.P., Peradotto, Carni, Curran and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMIE ALTMAN, Appellant. [29 NYS3d 219]—Appeal from an order of the Monroe County Court (Douglas A. Randall, J.), entered March 2, 2015. The order, insofar as appealed from, issued superceding orders of protection.

It is hereby ordered that said appeal is unanimously dismissed (*see* CPL 450.10; *People v Whalen*, 49 AD3d 916 [2008], *lv denied* 10 NY3d 940 [2008]). Present—Centra, J.P., Peradotto, Carni, Curran and Troutman, JJ.

■ In the Matter of ROBERT BLASZAK, Respondent, v MELISSA BLASZAK, Respondent. DAVID H. FRECH, ESQ., Attorney for the Children, Appellant. [29 NYS3d 220]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered November 10, 2014 in a proceeding pursuant to Family Court Act article 6. The order, among other things, set forth a schedule with respect to the parties' access to the subject children.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 11, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Carni, Curran and Troutman, JJ.

■ In the Matter of COREY D.B., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CODY B., Appellant. (Appeal No. 1.) [29 NYS3d 220]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered November 14, 2014 in proceedings pursuant to, inter alia, Social Services Law § 384-b. The order, among other things,

transferred the guardianship and custody of the subject child to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Peradotto, Carni, Curran and Troutman, JJ.

In the Matter of CODY A.B., JR., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CODY B., Appellant. (Appeal No. 2.) [29 NYS3d 221]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered November 14, 2014 in proceedings pursuant to, inter alia, Social Services Law § 384-b. The order, among other things, transferred the guardianship and custody of the subject child to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Peradotto, Carni, Curran and Troutman, JJ.

In the Matter of AUBREY R.B., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CODY B., Appellant. (Appeal No. 3.) [29 NYS3d 221]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered November 14, 2014 in proceedings pursuant to, inter alia, Social Services Law § 384-b. The order, among other things, transferred the guardianship and custody of the subject child to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Peradotto, Carni, Curran and Troutman, JJ.

In the Matter of WALTER M., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; MARIE W., Appellant. [29 NYS3d 221]—Appeal from an order of the Family Court, Monroe County (Patricia E. Gallaher, J.), entered November 17, 2014 in a proceeding pursuant to Family Court Act article 10. The order, among other things, granted petitioner's motion that reasonable efforts are not required to be made to reunify respondent with the subject child.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (see generally Matter of Alaysha M. [Agustin M.], 89 AD3d 1467, 1467 [2011]; Matter of Jaime S., 32 AD3d 1198, 1199 [2006]). Present—Centra, J.P., Peradotto, Carni, Curran and Troutman, JJ.